# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tracy Lumley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Nancy A. Berryhill, Commissioner of the ) | |
| Social Security Administration, ) | Case No. 1:18-cr-202 |
| ) | |
| Defendant. ) | |

**IT IS ORDERED:**

1. The plaintiff shall have until February 25, 2019, to file a motion for summary judgment and supporting brief.

2. The defendant shall have until March 25, 2019 , to file a motion for summary judgment and supporting brief.

4. The plaintiff shall have until April 8, 2019, to file a responsive brief.

Dated this 27th day of December, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court